UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA B. PETRINI,

        Plaintiff,

   v.

CAROLYN W. COLVIN,

        Defendant.

Case No. 14-cv-01583-JD

**ORDER RE SERVICE OF SUMMONS AND COMPLAINT**

It has come to the attention of the Court that the summons and complaint have not been served on defendant. The complaint having been found to comply with Title 28 U.S.C. § 1915, the Clerk will issue summons, and the U.S. Marshal for the Northern District of California will serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order on defendant.

**IT IS SO ORDERED.**

Dated: August 21, 2014

_____
JAMES DONATO
United States District Judge